UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21400-CIV-HUCK/O'SULLIVAN

RAFAEL ABOY, individually and as
Assignee of Christian Garcia and
Jaime A. Garcia,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Defendant's Amended Motion for Bill of Costs (D.E. # 58), filed February 11, 2010. The Honorable John J. O'Sullivan, United States Magistrate Judge, issued a Report and Recommendation on the Motion (D.E. # 63), filed on May 25, 2010, recommending that the Motion be granted in part and denied in part.

Written objections to the Report and Recommendation were due by June 11, 2010, and none have been filed, timely or otherwise. The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as in the Report and Recommendation. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED in part and DENIED in part and the Report and Recommendation is ADOPTED. The Defendant is hereby awarded $3,634.40 in costs. The clerk shall CLOSE the case.

DONE AND ORDERED in Chambers, Miami, Florida, June 17, 2010.

PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge John J. O'Sullivan
All Counsel of Record